JS-6

SANFORD P. SHATZ (State Bar No. 127229)
sps@severson.com
SEVERSON & WERSON, A Professional Corporation
The Atrium-19100 Von Karman Avenue, Suite 700
Irvine, CA  92612-6578
Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111-3715
Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A., successor by merger to
BAC Home Loans Servicing, LP (erroneously sued as
Bank of America, N.A. /aka/ BAC Home Loans)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINE KHUDAVERDYAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. /aka/ BAC HOME LOANS, A Delaware Corporation,<br><br>Defendant. | Case No.:  2:12-CV-00301 R AGR<br>Hon. Manuel L. Real<br>Ctrm. 3<br><br>**ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Date:   April 2, 2012<br>Time:  10:00 a.m.<br>Ctrm.:  8<br><br>Complaint Filed:  January 13, 2012 |

The motion by Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, erroneously named as Bank of America, N.A. /aka/ BAC Home Loans, to dismiss Plaintiff Karine Khudaverdyan's Complaint, or in the alternative for a more definite statement, came on regularly for hearing before the Honorable Manuel L. Real, in Courtroom 8 of the above-entitled court,

1  at the date and time set forth above.  Severson & Werson, APC, by Andrew A.
2  Wood, appeared on behalf of Bank of America, N.A.  There was no appearance for
3  plaintiff Karine Khudaverdyan.
4  　　　After reading and considering the moving papers, and the arguments of
5  counsel, the court finds as follows:
6  　　　Khudaverdyan's Complaint fails to state a claim upon which relief may be
7  granted against Bank of America, N.A., and on that basis the court grants the
8  motion to dismiss.  The deficiencies in Khudaverdyan's Complaint cannot be cured
9  by amendment and Khudaverdyan is denied leave to amend the Complaint.
10 　　　GOOD CAUSE APPEARING THEREFOR,
11 　　　IT IS ORDERED THAT
12 　　　The Complaint and each of its causes of action is dismissed with prejudice as
13 to Bank of America, N.A., Khudaverdyan shall take nothing from her complaint,
14 and Bank of America, N.A. shall have a judgment of dismissal entered in its favor
15 and against Khudaverdyan.

17 DATED: April 12, 2012

　　　　　　　　　　　　　　　　　　　THE HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, APC, The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612-6578.

On the date below I served a copy, with all exhibits, of the following documents **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT** on all interested parties in said case addressed as follows:

| | |
|---|---|
| ARSHAK BARTOUMIAN<br>124 WEST STOCKER STREET, SUITE B<br>GLENDALE, CA 91202 | Attorney for Plaintiff, KARINE KHUDAVERDYAN<br><br>Telephone: 818.532.9330<br>*disputes@omnialegal.org* |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☐ **(BY NORCO OVERNITE)** By placing the documents in an envelope or package addressed to the persons listed above and depositing copies of the above documents in a box or other facility regularly maintained by Norco Overnite with delivery fees paid or provided for, and with instructions for delivery on the next business day.

☐ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (949) 442-7118, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

☐ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (___@severson.com) to the e-mail address designed for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Irvine, California, on April 11, 2012.

/s/ *Sanford P. Shatz*
Sanford P. Shatz